UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VERONICA L. DAVIS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:22-cv-38 |
| CENTURYLINK, INC., *et al.*, | § § § | |
| Defendants. | § § § § | |

# **FINAL JUDGMENT**

Before the court is the plaintiffs' motion for entry of final judgment. Dkt. 127. The court will grant the motion.

The court previously dismissed the claims against all defendants, except Sequeim Asset Solutions. *See* Dkts. 105, 126. The plaintiffs have now abandoned their claims against Sequeim Asset Solutions. Dkt. 127 ¶ 2.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiffs against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 29th day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE