

# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Apr 28, 2025

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Courts
Southern District of Texas
FILED
April 28, 2025
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
April 4, 2025
Lyle W. Cayce
Clerk

No. 24-40381

VERONICA L. DAVIS; JEFF KITCHEN; CHARLIE BROWN HERITAGE FOUNDATION,

*Plaintiffs—Appellants,*

*versus*

CENTURYLINK, INCORPORATED; DIRECTV; AT&T; LUMEN TECHNOLOGIES; CENTRAL TELEPHONE COMPANY OF TEXAS; CENTURYTEL BROADBAND SERVICES, L.L.C.,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-38

---

Before ELROD, *Chief Judge,* DAVIS, and RAMIREZ, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 24-40381

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 28, 2025

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

    No. 24-40381    Davis v. CenturyLink
                        USDC No. 3:22-CV-38

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc:
    Mr. Jarod Douglas Bonine
    Ms. Veronica L. Davis
    Ms. Christin J. Jones
    Mr. Jeffrey R. Parsons
    Mr. Bennett T. Richardson
    Ms. Zoe Phelps Stendara